**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Isaac Wright

                       Plaintiff,

v.                                                  Case No.: 1:22−cv−04553
                                                         Honorable Steven C. Seeger

DriverDo, LLC

                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, May 9, 2023:

      MINUTE entry before the Honorable Steven C. Seeger: The Court reviewed Plaintiff's motion to continue deadlines, which is opposed. A response is due by May 12, 2023. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.