UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Isaac Wright
                        Plaintiff,

v.                                              Case No.: 1:22−cv−04553
                                             Honorable Steven C. Seeger

DriverDo, LLC
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, May 11, 2023:

      MINUTE entry before the Honorable Steven C. Seeger: The Court has reviewed Plaintiff's motion for conditional certification under the FLSA (Dckt. No. [16]). Defendant opposes the motion on the grounds that at least some of the employees that Plaintiff seeks to notify have signed arbitration agreements that will preclude their participation in this action. See Def.'s Resp., at 5−7 (Dckt. No. [20]). Plaintiff, in turn, "affirmatively disputes the existence of a valid arbitration agreement on behalf of himself and the putative collective." See Pl.'s Reply, at 2 (Dckt. No. [24]). Under Bigger v. Facebook, Inc., 947 F.3d 1043, 1050 (7th Cir. 2020), the Court must permit the parties to submit evidence on the agreements' existence and validity. See Bigger, 947 F.3d at 1050. "The employer seeking to exclude employees from receiving notice has the burden to show, by a preponderance of the evidence, the existence of a valid arbitration agreement for each employee it seeks to exclude from receiving notice." Id. Accordingly, Defendant has until May 26, 2023, to submit any additional evidence showing the existence of a valid arbitration agreement for each employee that it seeks to exclude from receiving notice. The Court directs the parties to meet and confer before that filing, and see if they can narrow any potential dispute. A response by Plaintiff to that submission, if any, is due by June 5, 2023. The Court will keep the motion for conditional FLSA certification (Dckt. No. [16]) under consideration in the meantime. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.