# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Isaac Wright

                        Plaintiff,

v.                                       Case No.: 1:22–cv–04553
                                           Honorable Steven C. Seeger

DriverDo, LLC

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 12, 2023:

       MINUTE entry before the Honorable Steven C. Seeger: The Court reviewed the filings by the parties on the motion to continue deadlines. The Court will rule on that motion when it rules on the motion for conditional certification. The Court takes all motions under advisement. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.