## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Isaac Wright

                Plaintiff,

v.                                                Case No.: 1:22–cv–04553
                                                       Honorable Steven C. Seeger

DriverDo, LLC

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 21, 2023:

      MINUTE entry before the Honorable Steven C. Seeger: Status hearing held on June 21, 2023. The Court raised a series of questions about arbitration. Defendant opposes the motion for conditional certification on the grounds that drivers entered into arbitration agreements, including Plaintiff Wright. But Defendant has not moved to compel arbitration. The parties need to fish or cut bait on the issue of arbitration. If Defendant wants to pursue arbitration, then Defendant must make a demand promptly by making that demand directly to Plaintiff. Plaintiff, in turn, must respond to any such demand promptly. Defendant may file a motion to compel arbitration by June 30, 2023. The motion should reveal if it is agreed. If the motion is opposed, Plaintiff's response is due by July 10, 2023. Separately, as explained at the hearing, Defendant must supplement the record with readable material about Plaintiff's agreement to arbitrate (e.g., the signature, and what he clicked, and so on). The spreadsheet was not legible, and Plaintiff's signature was not filed. And it is not clear what, exactly, Plaintiff saw or clicked on when he submitted his signature and allegedly accepted the terms of service. Any response to the supplemental submission is due by July 10, 2023. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.