# Exhibit A

# Declaration of Ryan Benson

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ISAAC WRIGHT, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | No. 1:22-cv-4553 |
| DRIVERDO, LLC, | ) ) ) | |
| Defendant. | ) | |

## DECLARATION OF RYAN T. BENSON

I, Ryan T. Benson declare as follows:

1. I am employed by O'Hagan Meyer, LLC and counsel in this case to Defendant Driverdo, LLC. Unless otherwise stated, I have personal knowledge of all the facts stated herein.

2. I made an arbitration demand to Plaintiff's counsel on June 26, 2023 on behalf of Defendant.

3. Plaintiff did not agree to arbitration as of the date of this filing.

4. Plaintiff's counsel confirmed that the below signature is Isaac Wright's signature from when he initially registered with Defendant through email correspondence on June 28, 2023.



5. Pursuant to 28 U.S.C.§ 1746, I declare under penalty of perjury that the foregoing statements are true.

1

FURTHER DECLARANT SAYETH NAUGHT

_____
Ryan T. Benson

Executed this 30th day of June, 2023, in Chicago, Illinois.

2