# Exhibit C

---

# Second Declaration of Adam Friend

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ISAAC WRIGHT, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

vs.

DRIVERDO, LLC,

Defendant.

No. 1:22-cv-4553

**SECOND DECLARATION OF ADAM FRIEND**

I, Adam Friend declare as follows:

1. I am the Risk Manager employed by DriverDo, LLC dba DRAIVER ("DriverDo"). Unless otherwise stated, I have personal knowledge of all the facts stated herein.

2. DriverDo is a technology company that has created multiple software programs, one of which is a mobile application that companies utilize to transport their vehicles using independent contractor drivers ("Independent Contractor Users/Independent Contractors").

3. In order for an individual Independent Contractor User to be listed in the DriverDo driver marketplace and access Trip Transactions offered on DriverDo's mobile application, the individual must download the DriverDo mobile application and register for a User Account with DriverDo.

4. In order to complete the process, an Independent Contractor User must complete a profile.

5. An Independent Contractor User would first provide his name, address, phone number, pick a username and create a password. An Independent Contractor User is then required to accept Driverdo's Terms and Conditions (also referred to a Terms of Service) (Hereafter "TOS") by checking a box. The Independent Contractor User is not allowed to continue with the registration

process without accepting the TOS. A picture of the initial registration page in which Mr. Wright would have accepted the TOS is shown below:



DRAIVER

Register

LET'S GET STARTED!

DRAIVER (formerly DriverDo) is a mobile App that connects YOU the Independent Contractor Driver with businesses needing to move vehicles. For example: A dealership needs a vehicle taken from point A to point B, they can contract with YOU on the mobile App to drive that vehicle, track the vehicle while being driven and then pay YOU all through our App.

Still have questions? Click here to visit our FAQs page.

Disclaimer: **DRAIVER IS NOT OFFERING YOU EMPLOYMENT YOU WILL NOT BE EMPLOYED BY DRAIVER. YOU ARE REGISTERING AS A 1099 INDEPENDENT CONTRACTOR.** We connect you to businesses needing to relocate vehicles. As an **INDEPENDENT CONTRACTOR** you are under no obligation to accept any particular Trip Transaction and can work as little or as much as you like.

While you can register online, we recommend you download and register using our mobile App.

First Name | Last Name

As it appears on your driver's license

Middle Name | I have no middle name.

Address | Apt / Suite #

City | State | ZIP

Phone | Username (Email)

Password | Confirm Password

I have read and agree to the terms and conditions.

BACK | REGISTER

6. A copy of the TOS that was agreed upon by Mr. Wright is attached as Exhibit A to my Declaration.

7. Mr. Wright completed this initial step of the registration process on August 4, 2020.

8. Mr. Wright then provided a picture of himself during the registration process.




9. According to the records, to which I have access as part of my responsibilities, Isaac Wright accessed Defendant's system and completed an online profile in which he provided his personal information, including his telephone number, home address, date of birth, Social Security numbers and driver's license number.

10. Mr. Wright would have needed to agree to background check documents and then would need to review insurance documents and agree to them by checking a box and finally providing a digital signature.

11. Mr. Wright's signature that was captured and is in Defendant's system is:



12. DriverDo's TOS contains arbitration clauses that must be accepted by the Independent Contractor Users. All Independent Contractor Users agree to TOS that include arbitration clauses, including Isaac Wright.

13. On every page of the registration process in August of 2020 there is a link to the TOS that can be pulled up during the registration process.

14. Mr. Wright completed a second registration on August 4, 2022 at 3:46 p.m. under the name Isaac Travis Wright and agreed again to the TOS. The registration language changed from his 2020 registration to state, "By Proceeding, I agree to DRAIVER's Terms and conditions and acknowledge that I have read the Privacy Policy."

DRAIVER

Last Name*

Email*

Phone*

(000) 000-0000

Password*

* Must be at least 8 characters, contain one numeric value.

How did you hear about us?

Select Option

Referral Code

Required*

I am legally eligible to work in the US.

I read, speak and write in English.

By proceeding, I agree to DRAIVER's Terms and Conditions and acknowledge that I have read the Privacy Policy.

By proceeding, I am also consenting to receive calls or SMS messages, including by automatic dialer, from DRAIVER and its affiliates to the number I provide. I understand that I may opt out at any time by replying "STOP".

Continue

15. Further, prior to any Independent Contractor User performing any trip transaction, they must agree again prior to any trip transaction with the TOS which contains the arbitration clause.

16. Below is an example of what an Independent Contractor User would see prior to accepting a trip.




17. Mr. Wright performed 269 trips so he would have needed to agree 269 more times to the TOS.

18. Pursuant to 28 U.S.C.§ 1746, I declare under penalty of perjury that the foregoing statements are true.

FURTHER DECLARANT SAYETH NAUGHT

ADAM FRIEND

Executed this 29th day of June, 2023, in Overland Park, Kansas.