**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Isaac Wright
                        Plaintiff,

v.                                                     Case No.: 1:22–cv–04553
                                                               Honorable Steven C. Seeger

DriverDo, LLC
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 13, 2023:

      MINUTE entry before the Honorable Steven C. Seeger: Defendant DriverDo, LLC's motion to compel arbitration (Dckt. No. [38]) is hereby granted. Order to follow. The parties entered into a valid arbitration agreement, and the Court finds that DriverDo did not waive the right to arbitrate. The case is hereby stayed pending the completion of arbitration. Plaintiff's motion for conditional certification (Dckt. No. [16]) is hereby denied as moot in light of the forthcoming arbitration. Plaintiff's motion to continue deadlines (Dckt. No. [28]) is hereby denied as moot. The parties must file a notice within one week of the completion of the arbitration or any other resolution of the dispute, including settlement. Plaintiff Wright brought this case as a putative collective action. And this Court is compelling arbitration by Plaintiff Wright only, not the entire purported collective. The Court is doing so in light of language in the agreement prohibiting arbitration of collective actions. See Arbitration Agreement (Dckt. No. 20, at 37–38 of 152) (authorizing arbitration "ONLY IN AN INDIVIDUAL CAPACITY AND NOT ON A CLASS, COLLECTIVE ACTION"). In light of the fact that the federal case is stayed (pending completion of the arbitration), and in light of the fact that the arbitration will involve Plaintiff Wright only, that leaves the putative members of the collective in limbo. Plaintiff Wright could not litigate the case on their behalf in federal court if he isn't litigating in federal court at all (because he will be arbitrating). Also, maybe some other member of the putative collective would want to pursue their own claims. So the Court strikes the allegations of the putative collective action from the case. Any members of the would–be collective are hereby dismissed from the case. Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.