**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division**

Isaac Wright
                          Plaintiff,

v.                                                 Case No.: 1:22–cv–04553
                                                          Honorable Steven C. Seeger

DriverDo, LLC
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, August 7, 2023:

      MINUTE entry before the Honorable Steven C. Seeger: The unopposed motion to withdraw –– Attorney Colby Qualls (Dckt. No. [43]) is granted. Attorney Colby Qualls is terminated as counsel of record. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.